UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THOMAS LEWIS,**<br><br>                              **Plaintiff,**<br>v.<br><br>**CITY OF RAHWAY,** *et al.***,**<br><br>                              **Defendants.** | Civil Action No. 15-8880 (JMV)<br><br><br><u>**ORDER**</u> |

**THIS MATTER** having come before the Court by way of a telephone conference on August 23, 2016;

and there being pending and anticipated discovery disputes by parties and non-parties to this matter;

and the Undersigned having determined, following the conference with counsel, that an early mediation may be beneficial to resolution of this case;

and counsel having agreed and given their consent to mediation;

and in anticipation of scheduling mediation in this case;

**IT IS** on this 23rd day of August 2016,

**ORDERED** that, all discovery matters are hereby stayed until further notice; and it is further

**ORDERED** that, there shall be a telephone conference before the Undersigned on **Wednesday, September 7, 2016, at 11:15 a.m.** Plaintiff's counsel shall initiate the call.

 s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**