UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS LEWIS,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF RAHWAY, et al.,<br><br>                    Defendants. | Civil Action No. 15-8880 (JMV)<br><br>**MEDIATION ORDER** |

This matter having come before the Court; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS on this 13th day of September, 2016**

**ORDERED THAT**:

1. This civil action be and hereby is referred to mediation, pursuant to L. Civ. R. 301.1 (d).

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator they have selected, the Hon. Lawrence M. Lawson (Ret.), McElroy, Deutsch, Mulvaney, & Carpenter, LLP.

3. Counsel and the parties (including individuals with full settlement authority as may be determined by the mediator) shall attend mediation sessions as

requested by the mediator.

4.     Upon receipt of this Order, the parties shall contact the Mediator to schedule the mediation.

5.     This action is hereby stayed for sixty (60) days from the date of this Order. *See* L. Civ. R. 301.1(e)(6).

6.     If mediation is unsuccessful, there shall be a telephone conference before the Undersigned on **November 29, 2016** at **3:30 p.m.**  Plaintiff's counsel is directed to arrange for the conference call.

    /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**