UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------ x

| | |
|---|---|
| THOMAS LEWIS, | Case No. 2:15-cv-08880-JMV-MF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| CITY OF RAHWAY; RAHWAY POLICE DEPARTMENT; RAHWAY POLICE CHIEF JOHN RODGER, in his official and individual capacities; RAHWAY POLICE OFFICERS JUSTYNA HALAT, SCOTT MALONEY, AND JOSEPH KOSTICK, in their official and individual capacities; RAHWAY DETECTIVE SERGEANT RICHARD LONG, in his official and individual capacities; RAHWAY DETECTIVE SHAWN GANLEY, in his official and individual capacities; RAHWAY POLICE LIEUTENANT CHARLES SABBA; in his official and individual capacities; RAHWAY POLICE CAPTAIN JOSEPH SIMONETTI, in his official and individual capacities; and JOHN DOES 3-10, UNKNOWN NAMED SUPERVISORS, DECISION-MAKERS, AGENTS OR EMPLOYEES OF CITY OF RAHWAY, in their official and individual capacities, | |
| Defendants. | |

------------------------------ x

This matter having been amicably resolved by and between the parties, that the above-referenced Complaint be and is hereby dismissed in its entirety with prejudice and without costs.

| | |
|---|---|
| **MARINO, TORTORELLA & BOYLE, P.C.** *Attorneys for Plaintiff* | **TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.** *Attorneys for Defendants* |
| By: /s/ Kevin H. Marino Kevin H. Marino, Esq. | By: /s/ Richard D. Trenk Richard D. Trenk, Esq. |
| Dated: December 22, 2016 | Dated: December 24, 2016 |

So Ordered:

_____  12/27/16
Judge John Michael Vazquez, U.S.D.J.   Date